STATE OF NEW JERSEY v. KEVIN WALSH.

March 17, 1980.

Petition for certification denied.

FRANK F. NARDUCCI, JR.

v.

BOARD OF COMMISSIONERS OF THE CITY OF
ATLANTIC CITY.

March 17, 1980.

Petition for certification denied.